# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | A03-088 CR (RRB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Eldridge Bradley, Jr. | WRIT OF GARNISHMENT |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 1016 W. 6th Ave., Ste. 100, Anchorage, AK  99501  Attn: Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK  99513-7567

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED MAR 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for ths writ package.

Fold

| Signature of Attorney or other Originator requesting service on behalf of: Richard L. Pomeroy, A.U.S.A. | XX PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (907) 271-5071 | DATE 4-8-05 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | / | No. 6 | No. 6 | | 4-8-05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service | Time | am |
|---|---|---|---|
| | 4-8-05 | 2:00 | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | | | | | |

REMARKS:

Returned 3-2-06
No funds

2005 APR -8 PM 12: 25

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

qryG0137

| | |
|---|---|
| 2005 A01108CR | P |
| 2005 F93035CRJWS | P |
| 2005 A01022MI | P |
| 2005 A01143CRJWS | P |
| 2005 A0123CR | P |
| 2005 A0352CR | D |
| 2005 A98182CRJWS | D |
| 2005 A92362CV | D |
| 2005 A88389CIV | D |
| 2005 F02002CR | D |
| 2005 A01035CR | D |
| 2005 J0415CI | D |
| 2005 A03181CV | D |
| 2005 A02053CR | D |
| 2005 A04046CV | D |
| 2005 A01048CRJWS | D |
| 2005 A01083CV | D |
| 2005 A01177CR | D |
| 2005 A0111CR | D |
| 2005 A99093CR | D |
| 2005 A02041CR | D |
| 2005 A95468CV | D |
| 2005 J03014CR | D |
| 2005 A0384CR | D |
| 2005 A01071CR | D |
| 2005 A98104CV | D |
| 2005 A035CR | D |
| 2005 A0289CR | D |
| 2005 F911223CR | D |
| 2005 A98105CR | D |
| 2005 A0388CR | D |
| 2005 A04027CV | D |
| 2005 A00069CR | D |
| 2005 A99553CV | D |
| 2005 A0429MI | D |
| 2005 A97423CV | D |
| 2005 K01003CR | D |
| 2005 A98018CR | D |
| 2005 A99130CR | D |
| 2005 A98040CV | D |
| 2005 A980121CR | D |
| 2005 A03088CR | D |
| 2005 A980531CR | D |
| 2005 F95037CR | D |
| 2005 A02112CR | D |
| 2005 A03096CR | D |
| 2005 A97375CV | D |
| 2005 A0229CR | D |
| 2005 A9325MISC | D |
| 2005 A99130CR | D |
| 2005 A98137CR | Released |
| 2005 A99519CV | Denied |

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
## BY A COURT WRIT

To: State of Alaska
Department of Revenue
Permanent Fund Dividend Division

From: United States Marshals
222 W. 7th Avenue, #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

*- For PFD Division Use Only -*
~~PFD Server Code~~

Locatic

Priorit) _____

_____ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**U.S. DISTRICT COURT CASE NUMBER:** A03-088 CR (RRB)
**Criminal Fine or Restitution (100% of PFD attachable)**

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** ELDRIDGE BRADLEY, JR.

**AKA or Alias:**

**Social Security Number:**

**Date of Birth:**

**Amount of Writ** $41,348.79

**Service Fee** $

**Interest to October 15** $ n/a

**Total Due** $ 41,348.79

Service Agent

| Signature | Date APR 0 8 2005 |
|---|---|
| Printed Name | Title  Duson |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

2005 APR 28 PM 12: 20

APR 0 4 2005

TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney          **ORIGINAL**
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. A03-088 CR(RRB) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | WRIT OF EXECUTION ON PERMANENT |
| | ) | FUND DIVIDEND |
| ELDRIDGE BRADLEY, JR., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On October 10, 2003, judgment was imposed in the above-
entitled court and action, in favor of the United States of America
as judgment creditor and against ELDRIDGE BRADLEY, JR. as judgment
debtor, for

$0.00          criminal fines

$40,452.47     restitution

$100.00        special assessments

$40,552.47     JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs
after judgment filed herein, it appears that further sums have
accrued since the entry of judgment, to-wit:

$0.00      late-payment penalties per 18 U.S.C. § 3565(c)(2) and 18
           U.S.C. § 3612

$746.32    accrued interest, and

$0.00      accrued costs.

   CREDIT must be given for payments and partial satisfactions in
the amount of:

   $25.00      which is to be first credited against the judgment
               as entered, with any excess credited against any
               accrued penalties, interest, and costs, leaving a
               net balance of:

   $41,273.79  ACTUALLY DUE on March 29, 2005, of which
               $40,452.47 is due on the judgment as entered
               and bears interest at the rate of 1.3% per
               annum in the amount of:

   $1.44       PER DAY, from the date of the request for issuance
               of this writ, to which must be added the
               commissions and costs of the officer executing this
               writ.

   THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you

are hereby commanded to levy upon and seize and take into execution

the Alaska Permanent Fund Dividend of the said debtor, sufficient,

subject to execution, to satisfy said judgment, interest and

increased interests, costs and increased costs.

   DATED this ___7___ day of _Apríl_, 2005 at Anchorage, Alaska.

                                   IDA ROMACK
                                   Clerk of Court

                         By:  _Sharon M Mitchell_
                              Deputy Clerk

2