PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Eldridge Bradley, Jr.            Case Number: A03-0088-01 CR (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:   October 10, 2003

Original Offense:            Conspiracy in violation of 18 U.S.C. § 371

Original Sentence:           9 months imprisonment

Date Supervision Commenced: July 2, 2004

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

"The defendant shall participate in and fully comply with a mental health assessment, and, if recommended by the assessor, shall participate in and fully comply with a mental health treatment and/or counseling program to be approved by the United States Probation Office."

### CAUSE

On October 10, 2003, the defendant was sentenced to 9 months imprisonment with 3 years supervised release.

On July 2, 2004, the defendant's supervised release commenced, and on July 6, 2004, the conditions of supervision were explained to the defendant.

On April 24, 2006, the defendant provided a urine sample that tested positive for cocaine and admitted using cocaine on or about April 21, 2006. The defendant stated that he had visited his father's grave site and was upset regarding issues in his life and not being able apologize to his father for his wrong doings as a child before his father passed away. The defendant stated that he has a hard time with this issue. The defendant agreed to modifying his conditions of supervision to include a mental health assessment and following any recommended treatment.

*Request for Modification of Conditions or Term*
*Name of Offender      :      Eldridge Bradley, Jr.*
*Case Number           :      A03-0088-01 CR (RRB)*

Respectfully submitted,

*[signature]*

Chris Liedike
U.S. Probation/Pretrial Services Officer
Date: April 28, 2006

Approved by:

*[signature]*

Eric D. Odegard
Supervising U.S. Probation Officer

---

## THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

Date: 5/1/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Eldridge Bradley, Jr.                    Docket No. A03-0088-01 CR (RRB)

    I, _Eldridge Bradley, Jr._, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"The defendant shall participate in and fully comply with a mental health assessment, and, if recommended by the assessor, shall participate in and fully comply with a mental health treatment and/or counseling program to be approved by the United States Probation Office."

Signed: _Eldridge Bradley_     Date: _4-26-06_
Eldridge Bradley, Jr.
Probationer or Supervised Releasee

Witness: _[signature]_          Date: _4-26-06_
Chris Liedike
U.S. Probation/Pretrial Services Officer