

United States Department of Justice
United States Marshals Service
District of Alaska

Federal Building and U.S. Courthouse
222 W. 7th, #28, Room 170
Anchorage, Alaska 99513

To: U.S. District Court
U.S. Attorney
U.S. Probation
Federal Public Defender

From: Randy M. Johnson
United States Marshal
District of Alaska

Reference: **Prisoner in Federal Custody**

| | |
|---|---|
| NAME: | Eldridge Bradley Jr. |
| DATE OF BIRTH: | 10/13/69 |
| CHARGE: | Probation Violation |
| CASE NUMBER: | A03-0088-01 CR (RRB) |
| PLACE HELD: | ACC E |
| DATE OF ARREST: | 6/20/06 |
| TIME OF ARREST: | 1400 |
| PLACE ARRESTED: | 5430 E. 30th Ave #3, Anchorage, AK |
| ARRESTED BY: | DUSM JOHN OLSON |

REMARKS: _____

BOOKED IN ENGLISH: YES  x    No _____
Language: _____

**Please call John Olson or Stacy Melton at (907)- 271-5154
in regards to this notice of arrest. Thank you.**