```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs __ELDRIDGE BRADLEY, JR.__   CASE NO. __3:03-CR-00088-01-RRB__
Defendant: _X_ Present    _X_ In Custody

BEFORE THE HONORABLE         __JOHN D. ROBERTS__

DEPUTY CLERK/RECORDER:       __CAROLINE EDMISTON__

UNITED STATES ATTORNEY:      __CRANDON RANDELL__

DEFENDANT'S ATTORNEY:        __MIKE DIENI, APPOINTED FOR RICH CURTNER__

U.S.P.O.:                    __CHRIS LIEDIKE__

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE Held 06/21/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:36 a.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant: read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant states true name: __Same as above.__

_X_ Financial Affidavit filed; Federal Public Defender accepted appointment. FPD notified.

_X_ Defendant DENIED Allegations __1, 2, 3, 4, 5, & 6 of the Petition to Revoke Supervised Release.__

_X_ Consent to be filed on or before __June 23, 2006__ or case shall be transferred to U.S. District Judge.

_X_ Defendant detained/Detention Hearing set for **June 22, 2006 at 3:00 p.m.**; Order of Temporary Detention Pending Trial **FILED**.

_X_ OTHER: __Court and counsel heard re defendant's oral motion to be released to the Clithroe Center or Cordova Center in order to continue out patient treatment program at the Clithroe Center;__ **DENIED** at this time.

At 10:55 a.m. court adjourned.

DATE: __June 21, 2006__          DEPUTY CLERK'S INITIALS: __ce__