# United States District Court
для for the
# DISTRICT OF ALASKA

RECEIVED
JUN 2 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A03-0088-01 CR (RRB) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Eldridge Bradley, Jr. ) | |

TO: The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Eldridge Bradley, Jr. and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with ~~five~~ six violations of his term of supervised release.

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

June 19, 2006
Date

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Anchorage AK | | |
| Date Received: 6/19/06  Date of Arrest: 6/20/06 | Name and title of arresting officer: John Olso. | Signature of arresting officer: |