UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA   v.   ELDRIDGE BRADLEY JR. 

DATE:   July 3, 2006     CASE NO.    3:03-CR-0088-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

An evidentiary hearing on the Petition to Revoke filed at Docket 452 will be held on **Thursday, July 20, 2006, at 1:30 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING