Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELDRIDGE BRADLEY, JR.,<br><br>Defendant. | Case No. 3:03-cr-0088-RRB<br><br>**UNOPPOSED<br>MOTION TO RESCHEDULE<br>EVIDENTIARY HEARING** |

Defendant, Eldridge Bradley, Jr., by and through counsel, Rich Curtner, Federal Defender, moves this court to reschedule the evidentiary hearing on the petition to revoke. The hearing currently is scheduled for July 20, 2006, at 1:30 p.m. Defendant requests that the hearing be rescheduled to a time before 11:00 a.m. on July 20, or after 10:00 a.m. on July 21, 2006.

Counsel for defendant will be attending an Alaska Bar Association CLE on July 20, from 11:30 a.m. to 5:00 p.m. Additionally, counsel has a sentencing scheduled at 8:30 a.m. on July 21 in Case No. 3:06-cr-0001-JWS.

Both Assistant United States Attorney Crandon Randell and Probation Officer Chris Liedike are unopposed to this motion. Mr. Liedike is in training on July 20, 2006, and requests that the hearing be scheduled for July 21, 2006.

DATED at Anchorage, Alaska, this 6th day of July, 2006.

Respectfully submitted,

/s/ Rich Curtner
Federal Defender
Alaska Bar No. 8706013
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:

I certify that on July 6, 2006,
a copy of the foregoing was
served electronically on:

Crandon Randell, Esq.
Assistant United States Attorney
United States Attorney's Office
222 West 7th Avenue, No. 9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered on:

Probation Officer Chris Liedike
United States Probation/Pretrial Services
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK  99513-7567

/s /Rich Curtner