UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ELDRIDGE BRADLEY, JR.,<br><br>           Defendant. | Case No. 3:03-cr-0088-RRB<br><br>**PROPOSED ORDER RESCHEDULING EVIDENTIARY HEARING** |

      After due consideration of defendant's Motion to Reschedule Evidentiary Hearing, the motion is GRANTED. The evidentiary hearing on the petition to revoke will be held on _____, 2006, at _____ a.m./p.m.

      DATED this _____ day of July, 2006, in Anchorage, Alaska.

                                                  _____
                                                           Ralph R. Beistline
                                                United States District Court Judge