Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ELDRIDGE BRADLEY, JR.,<br><br>    Defendant. | NO. 3:03-cr-0088-RRB<br><br>**DISPOSITION MEMORANDUM**<br><br>**(Filed on Shortened Time)** |

COMES NOW THE DEFENDANT, ELDRIDGE BRADLEY, JR., by and through counsel Rich Curtner, Federal Defender, and presents the following memorandum for disposition on July 27, 2006.

Eldridge Bradley was originally sentenced to serve nine months in prison, and a term of three years supervised release.  He has now completed two years of supervision.

Mr. Bradley has admitted to three violations of his supervised release for using cocaine.  He has had a cocaine problem for over fifteen years.  These recent relapses were related to the illness and death of his father, as Mr. Bradley explains in his letter to the court, attached as Exhibit A.

Mr. Bradley wants and needs continued substance abuse treatment. That treatment was not available through the Bureau of Prisons when Mr. Bradley was first sentenced, and would not be available if his supervised release were revoked and another term of imprisonment imposed.

When Mr. Bradley has used cocaine, he has notified his probation officer before being tested. He entered the RITE substance abuse treatment program on May 10, 2006, and has not used drugs since that admission. Mr. Bradley wants to continue in treatment at RITE.

Mr. Bradley has served approximately five weeks in jail. More jail time will not help his drug problem, and will not facilitate his restitution payments. He does have a good work history and has made restitution payments while employed.

For a man who has done his prison sentence for his original crime, who has completed two years of supervised release, and who needs and wants drug treatment, additional jail time may be counter-productive. Mr. Bradley respectfully requests that he be allowed to continue on supervised release and have the opportunity to continue in drug treatment in the community.

DATED at Anchorage, Alaska this 25th day of July 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on July 25, 2006,
a copy of the **Disposition Memorandum**
was served electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Rich Curtner