Dear Judge Beistline

My name is Eldridge Bradley. I violated my supervised release. I relapsed on three diffrent ocassions.

On October, 10, 2003 I was sentenced to 9 months for my part in a check conspiracy. After 11 months of supervised release I relapsed on June 10 2005. I recieved a letter from medicare that my fathers byopsy was positive for terminal cancer. My 2nd relapse was on October, 22, 2005 right after my father had complications with the removal of pollyps from his instestines. My 3rd relapse was on aprill, 21, 2006. I was at my fathers gravesite alone, and became emotional. I am a single father two daughters 11 & 13 both on honor roll one I visit every six weeks or was scheduled to visit every six week. She's in treatment for Bipolar disorder. In San Antoino, TX. I volunteered at Palmer Head Start while my 5 yr old attended. I also volunteered for my 11 yr olds little legue when they were shorthanded. I have held mostly seasonal

employment, but I am looking for a perminent job. I also help take care of my elderly grandmother, assisting in her daily living duties.

To achieve my reinstatement into society. I need your help to accomplish a few tasks. First I want to provide a safe and stable home for my children. Secound. I would like to get a stable job so I can resume providing for my family. I also would like to be readmitted to the rite program to complete it. And put back in Supervised release. Or Electronic Monitoring.

Sincerly

*Eldridge Bradley*
Eldridge Beadley

## Education / Certificates

| Year | Description | Institution |
|---|---|---|
| 1989 | General Education Degree | Adult learning center |
| 1991 | Completed Payrol & Turbo Taxes | Alaska Computer Institute |
| 2000 | Phlebotomy tenichian certificate | Career Academy |
| 2000 | Nationally licensed certified phlebotomist | NCCT |
| 2001 | Parenting 12 week certificate | Southcentral Counseling |
| 2005 | Completed 32 week Anger Management Class | Wasilla Family Services |

## Work History

| Year | Employer | Position |
|---|---|---|
| 2000 | Consumer Medical Lab | Phlebotomist |
| 2000 | Providence Hospital | Phlebotomist |
| 2001 | Anchorage Medical and Surgical Clinic | Phlebotomist / Lab Asst |
| 2002 | Dynacare Laboratories | Phlebotomist |
| 2002 | Northwest Medical | Phlebotomist |
| 2004 | Johnsons Tires | Tire Mounter |
| 2005 | Mechanic Specialists | Plumber Apprentice |
| 2005 | Bear Plumbing | Plumber Apprentice |
| 2005 | MJM | Asphalt Laborer |
| 2005 | Transistion Painting | Painting Apprentice |
| 2005-06 | Movie Gallery | Supervisor |
| 2006 | Advanced Door | Entryway Technichian |