# UNITED STATES DISTRICT COURT
## District of Alaska

UNITED STATES OF AMERICA,

      vs.

ELDRIDGE BRADLEY, JR.

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed <u>10/14/03</u>)
Case Number: <u>3:03-CR-00088-01-RRB</u>
<u>Rich Curtner</u>
        Defendant's Attorney

Defendant's probation officer filed a petition on <u>06/20/2006</u> accusing defendant of <u>6</u> violations of the conditions of supervision provided in the original judgment.  Defendant <u>ADMITTED Allegations 1, 2, & 3 of the Petition to Revoke Supervised Release.  Allegations 4, 5, & 6 of the Petition to Revoke Supervised Release DISMISSED.</u>  All necessary hearings have been conducted.  The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Use of Cocaine | 06/13/2005 | C |
| 2 | Standard | Use of Cocaine | 10/26/2005 | C |
| 3 | Standard | Use of Cocaine | 04/24/2006 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through <u>3</u> of this amended judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

<u>July 27, 2006</u>
Date of Disposition Hearing

**REDACTED SIGNATURE**

Signature of Judicial Officer

<u>RALPH R. BEISTLINE, U.S. DISTRICT JUDGE</u>
Name & Title of Judicial Officer

July 28, 2006
Date

AO245.REV

Defendant: ELDRIDGE BRADLEY, JR.          Amended Judgment--Page  2  of  3
Case No.:  3:03-CR-00088-01-RRB

### IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 6 months on each of Allegations 1, 2, & 3 of the Petition to Revoke Supervised Release each term to be served concurrently.


[_]  The court makes the following recommendations to the Bureau of
     Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this
     district,
                         a.m.
          [_]  at _____ p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the
     institution designated by the Bureau of Prisons,
          [_]  before 2 p.m. on _____.
          [_]  as notified by the United States Marshal.
          [_]  as notified by the probation office.

### RETURN

     I have executed this judgment as follows:

_____

_____

_____

_____

     Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.


                              _____
                                   United States Marshal

                              By _____
                                        Deputy Marshal

AO245.REV

Defendant: ELDRIDGE BRADLEY, JR.                    Amended Judgment--Page  3  of  3
Case No.:  3:03-CR-00088-01-RRB

### SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release is modified as follows:


The term of supervision is extended as follows:

2 years Supervised Release imposed on each of Allegations 1, 2, & 3 of the
Petition to Revoke Supervised Release, each term to run concurrently.


Except as hereinabove provided, the standard conditions of supervision and
any special conditions of supervision contained in the court's original
judgment shall remain in effect.

AO245.REV