Sent By: U.S. Marshal DIAK ANC; 9072711989; Aug-9-06 10:52AM; Page 1/3
To: BOP SeaTac At: 912068701029
Case 3:03-cr-00088-RRB   Document 489   Filed 10/20/2006   Page 1 of 3

Case 3:03-cr-00088-RRB   Document 469   Filed 07/28/2006   Page 1 of 3

**RECEIVED OCT 20 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA**

## UNITED STATES DISTRICT COURT
### District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED JUDGMENT IN A CRIMINAL CASE** (For Revocation of Probation or Supervised Release) For Offenses Committed On or After November 1, 1987 |
| vs. | (Original Judgment filed 10/14/03) |
| ELDRIDGE BRADLEY, JR. | Case Number: 3:03-CR-00088-01-RRB |
| | Rich Curtner |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on 06/20/2006 accusing defendant of 6 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED Allegations 1, 2, & 3 of the Petition to Revoke Supervised Release. Allegations 4, 5, & 6 of the Petition to Revoke Supervised Release DISMISSED. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Use of Cocaine | 06/13/2005 | C |
| 2 | Standard | Use of Cocaine | 10/26/2005 | C |
| 3 | Standard | Use of Cocaine | 04/24/2006 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 27, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer

RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

July 28, 2006
Date

AO245.REV

Sent By: U.S. Marshal 03AK-ANC    9072711989489    A10/20/2006:53AM   Page 2/3
Case 3:03-cr-00088-RRB   Document 489   Filed 10/20/2006   Page 2 of 3

Case 3:03-cr-00088-RRB   Document 469   Filed 07/28/2006   Page 2 of 3

Defendant: ELDRIDGE BRADLEY, JR.           Amended Judgment--Page  2  of  3
Case No.:  3:03-CR-00088-01-RRB

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>6 months on each of Allegations 1, 2, & 3 of the Petition to Revoke Supervised Release each term to be served concurrently</u>.

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this district,
    [_]  at _____ a.m./p.m. on _____.

[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_]  before 2 p.m. on _____.
    [_]  as notified by the United States Marshal.
    [_]  as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on <u>10-11-06</u> to <u>FCI, Sheridan</u> at <u>Sheridan, Oregon</u>, with a certified copy of this judgment.

<u>Charles A. Daniels, Warden</u>
United States Marshal

By <u>Debree K. Porter, LTE</u>
Deputy Marshal

*Received U.S. Marshal Service Alaska 2006 OCT 19 AM 11:16*

AO245.REV

Defendant: ELDRIDGE BRADLEY, JR.                 Amended Judgment--Page 3 of 3
Case No.: 3:03-CR-00088-01-RRB

### SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release is modified as follows:

The term of supervision is extended as follows:

2 years Supervised Release imposed on each of Allegations 1, 2, & 3 of the Petition to Revoke Supervised Release, each term to run concurrently.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV