

**United States Department of Justice**
**United States Marshals Service**
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:

### PRISONER IN FEDERAL CUSTODY

| | |
|---|---|
| NAME: | BRADLEY, Eldridge Jr |
| DATE OF BIRTH: | 10/31/1969 |
| CHARGE: | Supervised Release Violation |
| CASE NUMBER: | 3:03-cr-00088 (RRB) |
| PLACE HELD: | ACC-E |
| DATE OF ARREST: | 2/2/2007 |
| TIME OF ARREST: | |
| PLACE ARRESTED: | Anchorage |
| ARRESTED BY: | USM |

REMARKS:

BOOKED IN ENGLISH: YES  x   NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.