MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs ELDRIDGE BRADLEY JR.          CASE NO. 3:03-CR-00088-01-RRB
Defendant: X Present  X  In Custody

BEFORE THE HONORABLE     JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:   CHAD WILTS / CAROLINE EDMISTON

UNITED STATES ATTORNEY:  CRANDON RANDELL

DEFENDANT'S ATTORNEY:    MJ HADEN, APPOINTED

U.S.P.O.:                MIKE PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 493) Held 2/5/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:07 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to defendant.

 X Defendant sworn.

 X Defendant advised of general rights; charges and penalties.

 X Defendant states true name: SAME AS ABOVE.

 X Financial Affidavit **FILED**; Federal Public Defender accepted appointment; FPD notified.

 X Defendant DENIED Allegation 1 of the Petition to Revoke Supervised Release.

 X Consent to be filed on or before **February 8, 2007** or case shall be transferred to U.S. District Judge.

 X Preliminary / Detention Hearing set for  February 8, 2007 at 3:45 p.m.

 X Defendant detained; Order of Temporary Detention; **FILED**.

At 2:19 p.m. court adjourned.


DATE: February 5, 2007      DEPUTY CLERK'S INITIALS: CLW / CME