# United States District Court
for the
## DISTRICT OF ALASKA



RECEIVED
FEB 0 5 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

)
)
UNITED STATES OF AMERICA  )
)                          Case Number: A03CR00088
vs.                       )
)                          **WARRANT FOR ARREST**
)
Eldridge Bradley, Jr.     )

TO:  The United States Marshal
     and any Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest Eldridge Bradley, Jr. and bring him
forthwith to the nearest Magistrate Judge to answer a supervised release violation petition
charging him with one violation of his term of supervised release.

## REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge

2/1/07
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at: *Anchorage, AK*

| Date Received:  2/1/07 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest:  2/2/07 | John Olsen DUSM | |