M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ELDRIDGE BRADLEY, JR.,<br><br>                Defendant. | Case No. 3:03-cr-0088-RRB-JDR<br><br>**ERRATA TO NOTICE FILED AT DOCKET NO. 501** |

Defendant, Eldridge Bradley, Jr., by and through counsel M. J. Haden, Assistant Federal Defender, filed an incorrect consent form at Docket No. 501. Defendant requests that the court disregard that consent. A correct, signed consent to an evidentiary hearing before the magistrate form will be filed as soon as defendant's signature is obtained. Defendant and counsel apologize for any inconvenience or confusion this may have caused the court or the government.

///

DATED this 6th day of February, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 6, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ M. J. Haden