M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ELDRIDGE BRADLEY, JR.,<br><br>                Defendant. | Case No. 3:03-cr-0088-RRB-JDR<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO VACATE DETENTION HEARING** |

Defendant, Eldridge Bradley, Jr., by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time to vacate the detention hearing scheduled for Thursday, February 8, 2007, at 3:45 p.m.  At the current time, Mr. Bradley does not have a proposal concerning his release to present to the court.  Once Mr. Bradley has a proposal in place, Mr. Bradley will motion the court in writing to schedule a bail review.

This motion is unopposed by Assistant United States Attorney Crandon Randell.

DATED this 7th day of February, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 7, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ M. J. Haden