UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ELDRIDGE BRADLEY, JR.,<br><br>        Defendant. | Case No. 3:03-cr-0088-RRB-JDR<br><br>**PROPOSED<br>ORDER VACATING<br>DETENTION HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's unopposed motion to vacate the detention hearing, the court GRANTS the motion. The detention hearing currently scheduled for Thursday, February 8, 2007, at 3:45 p.m., is hereby vacated.

DATED February _____, 2007, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge