M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ELDRIDGE BRADLEY, JR.,<br><br>    Defendant. | Case No. 3:03-cr-0088-RRB-JDR<br><br>**NOTICE OF WAIVER OF PRELIMINARY HEARING** |
|---|---|

   Defendant, Eldridge Bradley, Jr., by and through counsel M. J. Haden, Assistant Federal Defender, provides notice that he gives up his right to a preliminary hearing under Federal Rule of Criminal Procedure 31.1(b)(1) in the above-styled matter. He does so after having been advised of his right to a preliminary hearing and with the advice and consent of his attorney.

   Thus, Mr. Bradley asks that the preliminary hearing, currently scheduled for Thursday, February 8, 2007, be vacated.

DATED this 7th day of February, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 7, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ M. J. Haden