UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ELDRIDGE BRADLEY, JR.,<br><br>        Defendant. | Case No. 3:03-cr-00088-01-RRB-JDR<br><br>**ORDER VACATING**<br>**DETENTION HEARING**<br>(Docket No. 503) |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's unopposed motion to vacate the detention hearing, the court GRANTS the motion. The detention hearing currently scheduled for Thursday, February 8, 2007, at 3:45 p.m., is hereby vacated.

DATED February 7th , 2007, in Anchorage, Alaska.

                                  /s/ John D. Roberts
                                  John D. Roberts
                                  United States Magistrate Judge