M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ELDRIDGE BRADLEY, JR.,<br><br>        Defendant. | Case No. 3:03-cr-0088-RRB-JDR<br><br>**NOTICE OF INTENT TO ADMIT** |

       Defendant, Eldridge Bradley, Jr., by and through counsel M. J. Haden, Assistant Federal Defender, hereby notifies the court of his intent to admit the single violation charged in the petition to revoke filed at Docket No. 494.  Mr. Bradley asks that he be allowed to enter his admission on February 28, 2007, at the time currently scheduled for his evidentiary hearing.

///

///

DATED this 26th day of February, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 26, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ M. J. Haden