MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ELDRIDGE BRADLEY, JR.   CASE NO. 3:03-CR-00088-01-RRB
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:     JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:     CHAD WILTS

UNITED STATES' ATTORNEY:   CRANDON RANDELL

DEFENDANT'S ATTORNEY:     MJ HADEN

U.S.P.O.:                  CHARLENE WORTMAN

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE DKT (493) Held: 2/28/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:44 a.m. court convened.

X Copy of Petition to Revoke Supervised Release was given
   defendant: waived reading.

X Defendant sworn.

x Defendant advised of general rights, charges and penalties.

X Defendant ADMITS allegation 1 of the Petition to Revoke
   Supervised Release.

X Court accepted plea.

X Defendant's detention continued.

At 10:57 a.m. court adjourned.

Note: MJ Haden will not be available April 6th through the 16th of April 2007.


DATE: February 28, 2007         DEPUTY CLERK'S INITIALS: CLW