**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


USA   v.   ELDRIDGE BRADLEY JR.

DATE:   March 14, 2007        CASE NO.   3:03-CR-0088-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

═══════════════════════════════════════════════════════════


A  disposition  hearing  on  the  Petition  to  Revoke
Supervised Release (Docket 493) will be held on **Friday, March 16,
2007, at 10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.


M.O. SCHEDULING HEARING