```
                 MINUTES OF THE UNITED STATES DISTRICT COURT
                             DISTRICT OF ALASKA
```

U.S.A. vs. ELDRIDGE BRADLEY, JR.      CASE NO. 3:03-cr-00088-01-RRB
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         CRANDON RANDELL

DEFENDANT'S ATTORNEY:            MJ HADEN

U.S.P.O.:                        MICHAEL PENTANGELO

PROCEEDINGS: FINAL HEARING RE PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 493) HELD MARCH 16, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:29 a.m. court convened.

_X_ FINAL DISPOSITION HEARING:

   _X_ Supervised Release revoked.

   _X_ Defendant imprisoned for a period of 9 months.

_X_ Defendant remanded to the custody of the U.S. Marshal.

At 10:35 a.m. court adjourned.

DATE:     March 16, 2007        DEPUTY CLERK'S INITIALS:   amk