UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  ELDRIDGE BRADLEY  </u>

DATE:  <u>  August 3, 2007  </u>     CASE NO.   <u>  3:03-CR-0088-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE SUBPOENA**

---

      Pursuant to Rule 32(f)(2)(B) of the Local Criminal Rules, District of Alaska, the U.S. Probation Office is hereby ORDERED to comply with the Subpoena of records relating to Eldridge Bradley, issued by the Superior Court for the State of Alaska, relating to the above-captioned case. Said Subpoena shall be complied with in accordance with District of Alaska Local Criminal Rule 32(f)(3) and (4).

M.O. RE SUBPOENA